No. 05–6413. FIELDS v. WADDINGTON, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 05–6429. CRAWFORD v. KRAMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6430. DENNISON v. GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6432. HODGES v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 05–6435. FARRIS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 05–6436. MENDOZA GARCIA v. MICHIGAN. Cir. Ct. Muskegon County, Mich. Certiorari denied.

No. 05–6441. GONZALES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6446. GALLOW v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 05–6447. GODFREY v. WOLFE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–6448. GREEN v. BROOKS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6455. LESEC v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6456. MORRISSEY v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 05–6460. MINERD v. WILSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.